IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WOODRUFF T. SPARACIO**                                                                         **PLAINTIFF**
**ADC #093625**

VS.                                     No. 5:19-CV-00281-BRW-JTR

**RORY GRIFFIN, Medical Director**
**ADC,** *et al.*                                                                                **DEFENDANTS**

### ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by both parties. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommendation.

Accordingly, Defendants' motion for partial summary judgment (Doc. No. 50) is GRANTED solely to the extent that plaintiff's claims against Defendants Wellpath LLC, Dr. Jeffrey Stieve, Melissa Moore, and Carol Chisom are DISMISSED without prejudice for want of exhaustion, and otherwise DENIED.

IT IS SO ORDERED this 9th day of April, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE