# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WOODRUFF T. SPARACIO                                       PLAINTIFF

V.                           No. 5:19-CV-281-BRW-JTR

RORY GRIFFIN, Medical Director, ADC;
CHRIS HORAN, Doctor; and
UCHENNA ONYIA-MURPHY, APN                        DEFENDANTS

## **ORDER**

Pending before the Court is appointed counsel Crystal Okoro's Motion for Reimbursement of $2,500 in expert fees from the Court's Library Fund. *Doc. 110*. On November 5, 2021, the Court pre-approved Ms. Okoro's request for expert fees in the amount of $2,500 in accordance with Local Rule 83.6. *Doc. 99*. Accordingly, the Motion for Reimbursement (*Doc. 110*) is GRANTED.

The Clerk of the Court is directed to distribute to Crystal Okoro, Attorney at Law, the amount of Two Thousand Five Hundred Dollars and Zero Cents ($2,500.00) from the Library Fund. A copy of this Order, together with *Doc. 81, Doc. 87, Doc. 91, Doc. 91-1, Doc. 99, Doc. 110, and Doc. 110-1*, shall be placed in the Library Fund file maintained by the Clerk of the Court.

SO ORDERED, this 6th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE