UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WOODRUFF T. SPARACIO                                                                                PLAINTIFF
ADC #093625

V.                              No. 5:19-CV-00281-BRW-JTR

RORY GRIFFIN, Medical Director,
ADC, *et al.*                                                                                           DEFENDANTS

## JUDGMENT

In accordance with the Order entered this date, this case is hereby dismissed, with prejudice, and the case is closed.

DATED this  30th  day of       June                       , 2022.


                                                   BILLY ROY WILSON
                                     UNITED STATES DISTRICT JUDGE